UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID L. MOJARRO,<br><br>    Petitioner,<br><br>    v.<br><br>SECRETARY, CALIFORNIA DEPT. OF CORRECTIONS AND REHAB.,<br><br>    Respondent. | No. CV 09-541-VAP (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: March 31, 2009

                                                VIRGINIA A. PHILLIPS
                                     UNITED STATES DISTRICT JUDGE